■ In the Matter of ANGEL CARABALLO, Appellant, v WALTER R. KELLY, as Superintendent of Attica Correctional Facility, et al., Respondents.—Judgment unanimously affirmed *(see, Matter of Prince v Kelly,* 134 AD2d 854). (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J.—art 78.) Present—Dillon, P. J., Callahan, Boomer, Pine and Balio, JJ.

■ In the Matter of WESLEY KIRK, Appellant, v WALTER R. KELLY, as Superintendent of Attica Correctional Facility, et al., Respondents.—Judgment unanimously affirmed *(see, People ex rel. World v Jones,* 88 AD2d 1096, *lv denied* 57 NY2d 608; *People v Wright,* 80 AD2d 624, *affd* 56 NY2d 613). (Appeal from judgment of Supreme Court, Livingston County, Cicoria, J.—art 78.) Present—Dillon, P. J., Callahan, Boomer, Pine and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRED W. ADKINS, Appellant.—Judgment unanimously modified on the law, in accordance with memorandum, and as modified affirmed, and matter remitted to Onondaga County Court for resentencing. Memorandum: Defendant was illegally sentenced as a second felony offender because the People failed to file a second felony offender statement prior to imposition of sentence as required by CPL 400.21 (2) *(see, People v Gilchrist,* 152 AD2d 923). (Appeal from judgment of Onondaga County Court, Cunningham, J.—criminal possession of stolen property, fourth degree.) Present—Callahan, J. P., Denman, Green, Balio and Lawton, JJ.